| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| In Re: **Takeyah Wade** |

Case No.: **19-25467**

Adversary No.: 

Chapter: **13**

Judge: **JNP**

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: __**Takeyah Wade**, debtor_____
(Example: John Smith, creditor)

Old address:    934 Camelot Court
                Contaminant, NJ 08077

New address:    37 Princeton Lane
                Willingboro, NJ 08046

New phone no.:: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: **May 31, 2022**                    /s/ **Takeyah Wade**
                                              Signature

*rev. 8/1/2021*